AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California ▾

| | |
|---|---|
| Angela Davis and Bonnie Bennett, individually, and on behalf of those similarly situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Rebel Creamery LLC<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:22-cv-04111-TSH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Rebel Creamery LLC
125 W MAIN ST
#504
MIDWAY, UT 84049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GOOD GUSTAFSON AUMAIS LLP
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Mark B.Busby*

Date: July 18, 2022
_____

_____
*Signature of Clerk or Deputy Clerk*