UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DAVIS, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>REBEL CREAMERY LLC,<br><br>        Defendant. | Case No. 22-cv-04111-TSH<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 49 |

Plaintiffs Angela Davis and Bonnie Bennett and Defendant Rebel Creamery LLC have filed a stipulation and proposed order that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  ECF No. 49.  As Plaintiffs filed this case as a putative class action, the Court **ORDERS** the parties to file a revised dismissal that reflects that any putative class claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: September 14, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge