UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DAVIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REBEL CREAMERY LLC,<br><br>Defendant. | Case No. 22-cv-04111-TSH<br><br>**REVISED STIPULATION OF DISMISSAL AND ORDER THEREON** |

**REVISED STIPULATION OF DISMISSAL [FRCP 41(a)(1)(A)(ii)]**

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiffs Angela Davis and Bonnie Bennett voluntarily dismiss the above-captioned litigation with prejudice. Any putative class member claims are dismissed without prejudice. Each party bearing that party's own attorney's fees and costs.

Dated: September 15, 2023

**POPE MCGLAMRY PC**
/s/ *Michael L. McGlamry*
Michael L. McGlamry*
Caroline G. McGlamry (SBN # 308660)
Jay F. Hirsch*
Kimberly J. Johnson*
3391 Peachtree Road NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
efile@pmkm.com

**THE KEETON FIRM LLC**
Steffan T. Keeton*
100 S Commons Ste 102
Pittsburgh PA 15212
Tel: (888) 412-5291
stkeeton@keetonfirm.com
*Pro hac vice*

**Good Gustafson Aumais LLP**
J. Ryan Gustafson (SBN #220802)
2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

*Counsel for Plaintiffs*

Dated: September 15, 2023

**HOLLAND & HART LLP**
/s/ *Brent E. Johnson*
Brent E. Johnson
Alex E. Pierce
222 South Main Street, Suite 2200
Salt Lake City, UT 84101
Tel: (801) 799-5800
bjohnson@hollandhart.com
AEPierce@hollandhart.com

*Counsel for Defendant Rebel Creamery LLC*

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE** as to Plaintiffs Angela Davis and Bonnie Bennett, with each party bearing that party's own attorney's fees and costs. **IT IS FURTHER ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE** as to any putative class member. The Clerk is directed to close the file.

Dated: September __15____, 2023

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE THOMAS S. HIXSON